IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUESTONE INNOVATIONS FLORIDA, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> FORMOSA EPITAXY, INC., <br><br> Defendant. | Case No. 4:11cv-05654-JSW <br><br> Honorable Jeffrey S. White <br><br> **[PROPOSED] ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS** |

Having read and considered plaintiff Bluestone Innovations Florida, LLC's ("Bluestone") unopposed Motion For Leave To Amend Its Infringement Contentions [D.I. __], the Court GRANTS Bluestone's Motion.

It is hereby ORDERED that, pursuant to Local Rule 7-11 and Patent L.R. 3-6, Bluestone is granted leave to amend its Infringement Contentions in accordance with Bluestone's Supplemental Infringement Contentions which, by agreement of the parties, were previously provided to defendant Formosa Epitaxy, Inc. on July 6, 2012.

[PROPOSED] ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS – BLUESTONE INNOVATIONS FLORIDA L.L.C. V. FORMOSA EPITAXY, INC., CASE NO. 11-cv-05654-JSW

- 1 -

**IT IS SO ORDERED.**

DATED: _July 25_, 2012

_____
Honorable Jeffrey S. White
United States District Judge

[PROPOSED] ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS – BLUESTONE INNOVATIONS FLORIDA L.L.C. V. FORMOSA EPITAXY, INC., CASE NO. 11-cv-05654-JSW

- 2 -