DAVIS WRIGHT TREMAINE LLP
Martin L. Fineman, Bar No. 1104413
Email: martinfineman@dwt.com
505 Montgomery Street, Suite 800
San Francisco, CA  94111
Phone:  (415) 276-6575/Fax:  (415) 276-6599

NIRO, HALLER & NIRO
Dean D. Niro (*pro hac vice*)(dniro@nshn.com)
David J. Mahalek (*pro hac vice*) (mahalek@nshn.com)
Robert A. Conley (*pro hac vice*) (rconley@nshn.com)
181 West Madison, Suite 4600
Chicago, IL 60602-4515
Telephone: (312) 236-0733/Fax: (312) 236-3137
*Attorneys for Plaintiff*
**Bluestone Innovations Florida, L.L.C.**

DICKSTEIN SHAPIRO LLP
Jeffrey K Sherwood (sherwoodj@dicksteinshapiro.com)
Megan S. Woodworth (woodworthm@dicksteinshapiro.com)
1825 Eye Street, NW
Washington, DC 20006
Telephone: 202-420-3602/Fax: 202-420-2201

Krista M. Carter (carterk@dicksteinshapiro.com)
700 Hansen Way
Palo Alto, CA  94304
Telephone:  650-690-9544/Fax: 650-690-9501
*Attorneys for Defendant,* **Formosa Epitaxy, Inc.**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUESTONE INNOVATIONS FLORIDA, L.L.C.,<br><br>Plaintiff,<br><br>v.<br><br>FORMOSA EPITAXY INC; et al.,<br><br>Defendants. | Case No. 3:11-cv-05654-JSW<br><br>Honorable Jeffrey S. White<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF DEFENDANT FORMOSA EPITAXY, INC.** |

Plaintiff Bluestone Innovations Florida, L.L.C. and Defendant Formosa Epitaxy, Inc. by and through their undersigned counsel, and subject to the approval of the Court, hereby stipulate that all claims between them in this action be dismissed without prejudice under Fed. R. Civ. P. 41(a) and pursuant to the terms of a confidential agreement, with each party to bear its own costs, expenses and attorneys' fees.

IT IS SO STIPULATED.

August 20, 2012                NIRO, HALLER & NIRO
                                         DAVIS WRIGHT TREMAINE LLP

By: /s/ David J. Mahalek
       DAVID J. MAHALEK
Attorney for Plaintiff
Bluestone Innovations Florida, L.L.C.

August 20, 2012

By: /s/ Krista M. Carter
       KRISTA M. CARTER
Attorney for Formosa Epitaxy, Inc.

## [~~PROPOSED~~] ORDER

Based on the foregoing Stipulation Re Dismissal of all claims asserted between Plaintiff Bluestone Innovations Florida, L.L.C. and Defendant Formosa Epitaxy, Inc. in this case, and good cause appearing,

IT IS HEREBY ORDERED that all claims asserted in this suit between Plaintiff Bluestone Innovations Florida, L.L.C. and Defendant Formosa Epitaxy, Inc. are hereby dismissed without prejudice under Fed. R. Civ. P. 41(a) and pursuant to the terms of a confidential agreement. It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

IT IS SO ORDERED.

Dated: August 22, 2012.

_____
The Honorable Jeffrey S. White
United States District Judge